GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2083
      Facsimile: (213) 894-7819
      Email: chung.han@usdoj.gov

Attorneys for Plaintiff United States Department of Labor

SCOTT KRONLAND (SBN 171693)
Email: skronland@altber.com
LINDA LYE (SBN 215584)
Email: llye@altber.com
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA  94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

Attorneys for Defendant
Local 6434, United Long-Term Care Workers' Union,
Service Employees International Union

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>         Plaintiff,<br><br>    vs.<br><br>Local 6434, United Long-Term Care Workers' Union, Service Employees International Union,<br><br>        Defendant. | Case No. CV 08-6838 PSG (JWJx)<br><br>**JOINT EXHIBIT LIST**<br><br>[Local Rule 16-6.1]<br><br>**Final Pre-Trial Conference**<br>Date:  October 5, 2009<br>Time:  2:30 p.m.<br>Courtroom:  790<br>Judge: Hon. Philip S. Gutierrez |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Complaint Letter dated June 16, 2008 to Alan Weiss from Eva Lozada | | |
| 2. | Letter dated March 15, 2008 to the SEIU LU 6434 Election Committee from Eva Lozada | | |
| 3. | Constitution and Bylaws for SEIU Local 6434, adopted February 2008 | | |
| 4. | Nomination Petition | | |
| 5. | Nomination Petition used by the Unity Slate | | |
| 6. | Complaint Letter dated April 8, 2008 to SEIU President Andy Stern from Eva Lozada | | |
| 7. | Letter dated March 24, 2008 to Eva Lozada, from the SEIU Local 6434 Election Committee Chairperson, Rodica Mocanu | | |
| 8. | Letter dated May 29, 2008 to SEIU President Andy Stern from SEIU Local 6434 Legal Counsel Elizabeth Garfield | | |
| 9. | Article 10 of Constitution and Bylaws | | |
| 10. | Report of Interview, Election Official, SEIU Local 6434 staff member Dereck Smith, dated July 2, 2008 | | |
| 11. | Nominations Notice for Officers and Delegates SEIU-ULTCW Local 6434 | | |
| 12. | Memo dated March 12, 2008, closing nominations for SEIU Local 6434 election of officers | | |
| 13. | Certification of Election of Officers, dated March 12, 2008 | | |
| 14. | Undated memo addressed to the Unity Slate, listing officers elected, by position | | |
| 15. | Constitution and Bylaws for SEIU Local 6434, amended June 2008 | | |
| 16. | Constitution and Bylaws for SEIU Local 6434, Provisional Constitution effective November 13, 2006 | | |
| 17. | Order of the Election Committee, dated July 2, 2008 | | |
| 18. | Summary provided to OLMS by SEIU Local 6434 Legal Counsel Elizabeth Garfield, | | |

| | | | |
|---|---|---|---|
| | documenting efforts taken by Division 9 candidates to obtain signatures, obtained on July 8, 2008 | | |
| 19. | Copy of Dignity Magazine (Summer 2008, Volume 2, Issue 1), announcing new nominations for all SEIU Local 6434 offices | | |
| 20. | Copy of Dignity Magazine (Winter 2008, Volume 1, Issue 2), into which the original notice of nomination was inserted and copy of notice of nomination | | |
| 21. | Memo dated July 2, 2008, Review of Nomination Petitions | | |
| 22. | Report of Interview, Rodica Macanu, interview date July 2, 2008 | | |
| 23. | Election Committee Meeting Minutes dated February 20, 2008 | | |
| 24. | Election Committee Meeting Minutes dated March 12, 2008 | | |
| 25. | Complainant Eva Lozada Interview Questionnaire, interview date June 24, 2008 | | |
| 26. | Report of Interview, Tyrone Freeman, President SEIU-ULTCW Local 6434, interview date July 2, 2008 | | |
| 27. | Report of Interview, Complainant Eva Lozada, interview date July 11, 2008 | | |
| | | | |
| 100. | Constitution of Service Employees International Union, as adopted at SEIU 2008 Convention | | |
| 101. | Order of Immediate Trusteeship, August 22, 2008 | | |
| 102. | Report and Recommendation of hearing officer Hon. Joseph Grodin re: trusteeship, October 17, 2008 | | |
| 103. | Approval of Hearing Officer's trusteeship report by SEIU International Executive Board | | |
| 104. | SEIU International Executive Board Resolution on Jurisdiction for California Long-Term Care Workers Including Merger | | |

| and Consolidation of Local Unions, January 9, 2009 | | |
|---|---|---|

Dated: September 14, 2009.          GEORGE S. CARDONA
                                    Acting United States Attorney
                                    LEON W. WEIDMAN
                                    Assistant United States Attorney
                                    Chief, Civil Division


                                    _____/s/ Chung H. Han_____
                                    CHUNG H. HAN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    United States Department of Labor


Dated: September 14, 2009.          ALTSHULER BERZON LLP



                                    _____/s/ Linda Lye_____
                                    LINDA LYE

                                    Attorneys for Defendant
                                    Local 6434, United Long-Term Care
                                    Workers' Union, Service Employees
                                    International Union