GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG HAN (Cal. Bar No. 191757)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2083
    Facsimile: (213) 894-7819
    Email: chung.han@usdoj.gov

Attorneys for Defendant
United States Department of Labor

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>  vs.<br><br>Local 6434, United Long-Term Care Workers' Union, Service Employees International Union,<br><br>    Defendants. | Case No.: CV 08-6838 PSG (JWJx)<br><br>**STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE TRIAL DATE AND PRETRIAL DATES**<br><br>[PROPOSED] Order Lodged Concurrently Herewith<br><br>Trial Date: November 18, 2009 |

1. On October 17, 2008, plaintiff, the Secretary of Labor, United States Department of Labor (hereinafter, the "Secretary") filed this lawsuit requesting a judgment declaring the April 28, 2008 election of union officers conducted by defendant Local 6434, United Long-Term Care Workers' Union, Service Employees International Union ("Local 6434") null and void, and directing Local 6434 to conduct a new election and new nomination for those offices under the supervision of the Secretary.

2. The parties have reached a final settlement of this action. Local 6434 has agreed to conduct a new election of union officers under the supervision of the Secretary to be completed no later than March 31, 2010.

3. The trial date is currently November 18, 2009.

4. In light of this settlement, the parties hereby stipulate and request that (1) the Court retain jurisdiction of this action to certify the supervised election; and (2) vacate the trial date and pretrial dates.

IT IS SO STIPULATED that:

(1) The parties request that the Court retain jurisdiction of this action. After the completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected, that such election was conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and practicable, that the election was conducted in accordance with the provisions of the Constitution and Bylaws of Local 6434, and the Constitution and Bylaws of SEIU. Upon approval of such certification by the Court, the Court shall enter judgment declaring that such persons have been elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

(2) By entering into a stipulation of settlement, the parties have resolved the controversy between them, and the only issue remaining is certification of

the supervised election as provided for in the paragraph above.  The parties, therefore, request that the Court vacate the November 18, 2009, trial date, and any pretrial filings and procedures associated with the trial.

Dated: November 3, 2009.

            Respectfully Submitted,

            GEORGE S. CARDONA
            Acting United States Attorney
            LEON W. WEIDMAN
            Assistant United States Attorney
            Chief, Civil Division

            */s/ Chung H. Han*
            CHUNG HAN
            Assistant United States Attorney

            Attorneys for Plaintiff
            United States Department of Labor

            ALTSHULER BERZON LLP

            */s/ Linda Lye*
            LINDA LYE

            Attorneys for Defendant
            Local 6434, United Long-Term Care
            Workers' Union, Service Employees
            International Union