E-FILED 11-04-09

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>Local 6434, United Long-Term Care Workers' Union, Service Employees International Union,<br><br>Defendants. | Case No.: CV 08-6838 PSG (JWJx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE TRIAL DATE AND PRETRIAL DATES**<br><br>Trial Date: November 18, 2009 |

IT IS SO ORDERED that the Court approves the parties' stipulation regarding (1) the Court's retention of jurisdiction of this action to certify the supervised election; and (2) to vacate the November 18, 2009 trial date and pretrial dates:

(1) The Court shall retain jurisdiction of this action. After the completion of the supervised election, the Secretary of Labor shall certify to the Court the names of the persons elected, that such election was conducted in accordance with Title IV of the Labor-Management Reporting and

Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and practicable, that the election was conducted in accordance with the provisions of the Constitution and Bylaws of Local 6434, and the Constitution and Bylaws of SEIU.  Upon approval of such certification by the Court, the Court shall enter judgment declaring that such persons have been elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

(2) Based on the parties' settlement, the November 18, 2009, trial date, and any pretrial filings and procedures associated with the trial, is hereby vacated.

Dated: 11/04/09

**PHILIP S. GUTIERREZ**
THE HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE