ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG HAN (Cal. Bar No. 191757)
Assistant United States Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2083
        Facsimile: (213) 894-7819
        Email: chung.han@usdoj.gov

Attorneys for Plaintiff
United States Department of Labor

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor, | Case No. CV 08-6838 PSG (JWJx) |
| | **STIPULATION REGARDING PROPOSED JUDGMENT** |
| Plaintiff, | |
| vs. | [PROPOSED] Judgment Lodged Concurrently Herewith |
| Local 6434, United Long-Term Care Workers' Union, Service Employees International Union, | |
| Defendants. | |

1. On November 3, 2009, the parties filed a Stipulation Regarding Settlement and Request for the Court to Retain Jurisdiction and to Vacate Trial Date and Pretrial Dates.  (Doc. no. 27.)

2. On November 4, 2009, the Court approved the parties' stipulation.  (Doc no. 28.)  In particular, the Court ordered:

   The Court shall retain jurisdiction of this action.  After the completion of the supervised election, the Secretary of Labor shall certify to the Court the names of the persons elected, that such election was conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and practicable, that the election was conducted in accordance with the provisions of the Constitution and Bylaws of Local 6434, and the Constitution and Bylaws of SEIU.  Upon approval of such certification by the Court, the Court shall enter judgment declaring that such persons have been elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

3. The Secretary of Labor, through her designee, has certified the names of the persons elected, that such election was conducted in accordance with Title IV of the LMRDA, in conformity with the Constitution and Bylaws of the Local 6434, and that no complaints had been received concerning the conducted election.  A true and correct copy of the Certification of Election is attached hereto as Exhibit A.

///

///

Stipulation Regarding Proposed Judgment - 2

4. The parties therefore stipulate to judgment and request that the Court enter judgment declaring that such persons in the attached Certification of Election have been elected pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

Dated: April 7, 2010.

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____*/s/ Chung H. Han*_____
CHUNG HAN
Assistant United States Attorney

Attorneys for Plaintiff
United States Department of Labor


ALTSHULER BERZON LLP
Scott A. Kronland
Linda Lye


_____*/s/ Linda Lye*_____
LINDA LYE

Attorneys for Defendant
Local 6434, United Long-Term Care
Workers' Union, Service Employees
International Union

Stipulation Regarding Proposed Judgment - 3