ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG HAN (Cal. Bar No. 191757)
Assistant U.S. Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone (213) 894-2083
        Facsimile: (213) 894-7819
        Email: chung.han@usdoj.gov

Attorneys for Plaintiff
United States Department of Labor

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LOCAL 6434, UNITED LONG-TERM CARE<br>WORKERS' UNION, SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br><br>                              Defendant. | )<br>)<br>)<br>)<br>)  Case No.: CV 08-6838-PSG (JWJx)<br>)<br>)  **CERTIFICATION OF ELECTION**<br>)<br>)<br>)<br>)<br>)<br>) |

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Stipulation Regarding

Settlement and Request for the Court to Retain Jurisdiction and to Vacate Trial Date and Pretrial

Order entered November 3, 2009 and Order Approving Stipulation Regarding Settlement and

Request for the Court to Retain Jurisdiction and to Vacate Trial Date and Pretrial Dates entered

November 5, 2009, in the United States District Court for the Central District of California, Western Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| Office | County | Name |
| --- | --- | --- |
| President | | Laphonza Butler |
| Secretary Treasurer | | Ana Duarte |
| Region 1 Vice President | | Hripsime Tamazyan |
| Region 1 Vice President | | Loquilla Jackson |
| Region 2 Vice President | | Julie Chow |
| Region 2 Vice President | | Ramona Murana |
| Region 3 Vice President | | Rob Robbins |
| Region 3 Vice President | | Michele Reed |
| Region 4 Vice President | | Maria Rinallo |
| Region 4 Vice President | | Mary Gillion |
| Region 5 Vice President | | Jacob Salas |
| Region 5 Vice President | | Ke Tian Ouyang |
| Region 6 Vice President | | Maria Molina |
| Region 6 Vice President | | Wilmer Rivera |
| Executive Board Delegate | Los Angeles | Blanca Carias |
| Executive Board Delegate | Los Angeles | Dina Lopez |
| Executive Board Delegate | Los Angeles | Frank Hernandez |

Certification of Election, Case No. CV 08-0638 PSG (JWJx) -2

**Exhibit A**

| | | |
|---|---|---|
| Executive Board Delegate | Los Angeles | George Evans |
| Executive Board Delegate | Los Angeles | Joyce Hayashi |
| Executive Board Delegate | Los Angeles | Rodica Mocanu |
| Executive Board Delegate | Los Angeles | Simon Fields |
| Executive Board Delegate | Ventura | Susan Escalante |
| Executive Board Delegate | Los Angeles | Yegsapet Daniyelyan |
| Executive Board Delegate | Los Angeles | Angelina Olivares |
| Executive Board Delegate | Los Angeles | Bartola Del Rio |
| Executive Board Delegate | Los Angeles | Cecilia Rivas |
| Executive Board Delegate | Los Angeles | Daniel Ramirez |
| Executive Board Delegate | Los Angeles | Gloria Silvestre |
| Executive Board Delegate | Los Angeles | Jin Xiao Zhou |
| Executive Board Delegate | Los Angeles | Li Ping Ma |
| Executive Board Delegate | Los Angeles | Lily Chan |
| Executive Board Delegate | Los Angeles | Lorijon Brown |
| Executive Board Delegate | Los Angeles | Lu Lien |
| Executive Board Delegate | Los Angeles | Martha Estrada |
| Executive Board Delegate | Los Angeles | Martha Velazquez |
| Executive Board Delegate | Los Angeles | Modesta Carranza |
| Executive Board Delegate | Los Angeles | Portia Sims |
| Executive Board Delegate | Los Angeles | Rene A Gonzalez |
| Executive Board Delegate | Los Angeles | Venancia Chavez |
| Executive Board Delegate | Los Angeles | Zoila Ramirez |
| Executive Board Delegate | Los Angeles | Beatriz Hernandez |
| Executive Board Delegate | Los Angeles | Brendolyn Hendrix |
| Executive Board Delegate | Los Angeles | Clara Brisco |
| Executive Board Delegate | Los Angeles | Denise Kornegay |
| Executive Board Delegate | Los Angeles | Frederick Lee |

Certification of Election, Case No. CV 08-0638 PSG (JWJx) -3

6

**Exhibit A**

| Executive Board Delegate | Los Angeles | Isabel Feickhart |
| Executive Board Delegate | Los Angeles | Karen Smith |
| Executive Board Delegate | Los Angeles | Larnice Reed Brown |
| Executive Board Delegate | Los Angeles | Latanya Bailey |
| Executive Board Delegate | Los Angeles | Leonard Camarena |
| Executive Board Delegate | Los Angeles | Olivia Velasquez |
| Executive Board Delegate | Los Angeles | Pamela Hall |
| Executive Board Delegate | Los Angeles | Rosa Mundy |
| Executive Board Delegate | Los Angeles | Shanisha Robinson |
| Executive Board Delegate | Los Angeles | Shirley Leonard |
| Executive Board Delegate | Los Angeles | Yolanda Richards |
| Executive Board Delegate | San Bernardino | Beronica Bautista |
| Executive Board Delegate | San Bernardino | Carla Eastment |
| Executive Board Delegate | San Bernardino | Enrique Camacho |
| Executive Board Delegate | San Bernardino | Karen Cole |
| Executive Board Delegate | San Bernardino | Odunola Famutimi |
| Executive Board Delegate | San Bernardino | Yolanda Neal |
| Executive Board Delegate | Alameda | Brenda Jackson |
| Executive Board Delegate | Alameda | Li Ya Chen |
| Executive Board Delegate | Alameda | Maria Teresa Armas |
| Executive Board Delegate | Alameda | Richard Wilson |
| Executive Board Delegate | Alameda | Xiao Ying Zhu |
| Executive Board Delegate | Mendocino | Ricardo Sanz |
| Executive Board Delegate | Monterey | Yadira Real |
| Executive Board Delegate | Napa | Arminda Sanchez |
| Executive Board Delegate | San Benito | Irma Rodriguez |
| Executive Board Delegate | Santa Cruz | Susana Hernandez |

Certification of Election, Case No. CV 08-0638 PSG (JWJx) -4

**Exhibit A**

Executive Board Delegate        Nursing Home        Blanca Pinedo

Executive Board Delegate        Nursing Home        Rosario Armenta

Signed this _6th_ day of April, 2010

_Cynthia M. Downing_

Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

Certification of Election, Case No. CV 08-0638 PSG (JWJx) -5

8                                                        **Exhibit A**