E-FILED: 4-12-10

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elaine L. Chao, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Local 6434, United Long-Term Care Workers' Union, Service Employees International Union,<br><br>　　　　Defendants. | Case No. CV 08-6838 PSG (JWJx)<br><br>~~[PROPOSED]~~ **JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED THAT the persons named in the Certification of Election attached as Exhibit A to the parties' Stipulation Regarding Proposed Judgment have been elected pursuant to 29 U.S.C. § 482(c)(2) of the Labor-Management Reporting and Disclosure Act of 1959.

Each party is to bear its own attorney's fees and costs.  This action is now closed.  IT IS SO ORDERED.

Dated: April 12, 2010

_____
THE HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE